

FILED

SEP – 6 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:22-cr-167

21 U.S.C. § 843(a)(3)
18 U.S.C. § 2

BRIAN GULLETT, D.O.

I N F O R M A T I O N

The United States Attorney Charges:

1.   At all relevant times, defendant BRIAN GULLETT, D.O.,
was a licensed physician who held a West Virginia medical license.
Defendant  BRIAN  GULLETT,  D.O.,  was  authorized  to  prescribe
controlled substances for a legitimate medical purpose in the usual
course of professional medical practice and within the bounds of
medical practice.

2.   Defendant BRIAN GULLETT, D.O., worked as a physician for
HOPE Clinic in Charleston, Kanawha County, West Virginia, from in
or about December 2012 through May 2014.

3.   On or about March 13, 2013, at or near South Charleston,
Kanawha County, West Virginia, within the Southern District of
West Virginia, a person known to the United States Attorney, aided
and abetted by defendant BRIAN GULLETT, D.O., knowingly and

intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3), and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
MONICA D. COLEMAN
Assistant United States Attorney

2